

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2019

No. 04-19-00656-CR

Bronwen Victoria **MCHENRY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0847-CR-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellant's court-appointed counsel filed a motion to withdraw as counsel on appeal, stating appellant requested that counsel withdraw because appellant preferred to represent herself pro se. Appellant subsequently filed a pro se motion for extension of time to file a notice of appeal, although appellant already filed a timely notice of appeal.

On November 6, 2019, this court issued an opinion and judgment dismissing this appeal for lack of jurisdiction pursuant to Texas Rule of Appellate Procedure 25.2(d). In light of the opinion and judgment, appellant's counsel's motion to withdraw is DENIED AS MOOT, and appellant's motion for extension of time to file a notice of appeal is DENIED AS MOOT.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court